

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2022

No. 04-22-00486-CR

**EX PARTE** Elvin Maudiel Lopez **DUBON**

From the County Court, Kinney County, Texas
Trial Court No. 10371CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

The clerk's record, which was filed in this appeal on August 11, 2022, does not contain the trial court's certification of the defendant's right of appeal, pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure. It is therefore ORDERED that the trial court prepare a certification of the defendant's right of appeal and cause the trial court clerk to file a supplemental clerk's record containing the certification by **August 22, 2022**. *See* TEX. R. APP. P. 34.5(c)(2).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court